# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | L-19-MJ-_____ |
| **Elisa Esmeralda Serrano (43)** | ) | |
| **Laredo, Texas** | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 22, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 (a)(2)(B)(ii) | knowingly and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to bring to and attempt to bring to, the United States, in any manner whatsoever, such alien. |

This criminal complaint is based on these facts:

On or about December 22, 2019, at approximately 8:42 am, defendant, Elisa Esmeralda Serrano, a United States Citizen, applied for admission into the United States at the Juarez-Lincoln Port of Entry in Laredo, as a passenger in a privately owned vehicle. At primary inspection, Elisa Esmeralda Serrano presented her Texas Identification to CBP Officer. Defendant was accompanied by a male subject who was driving the vehicle and presented a Texas Identification Card bearing the name and photograph of J.L.T. Both occupants were referred to secondary for further inspection. At secondary inspection, CBP queries revealed the driver's true identity as Carlos Fernando Garcia De La Orde, an undocumented citizen and national of Mexico. Garcia De La Orde stated that he made smuggling arrangements with a person that he met through social media, and was to pay $4,000 USD on his arrival in Austin, Texas. He was instructed to proceed to the plaza in Nuevo Laredo, Tamaulipas and wait for the defendant to pick him up and bring him to the United States. During the late evening of December 21, 2019 Garcia De La Orde encountered the defendant who was waiting for him at the plaza. Serrano provided Garcia De La Orde with the Texas identification card he used to attempt illegal entry, and had him drive to the POE. Facts are based on records of Customs and Border Protection.

☐ Continued on the attached sheet.

/s/ Liza L. Farias
*Complainant's signature*

Liza L. Farias, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 26, 2019

*Judge's signature*

City and state: Laredo, Texas      Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*